UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03327-MEH

THE STATE OF COLORADO, THROUGH THE
COLORADO NATURAL RESOURCES TRUSTEES,

      Plaintiff,

v.

SUNNYSIDE GOLD CORPORATION,

      Defendant.

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Plaintiff, the State of Colorado, through the Colorado Natural Resources Trustees ("State" or "Colorado"), by and through the undersigned counsel, hereby lodges a proposed Consent Decree with the Court, **attached as Exhibit 1**. The proposed Consent Decree, if entered by the Court, would resolve the State's claims against Sunnyside Gold Corporation ("SGC") and against SGC Related Entities (as defined in the proposed Consent Decree, **Exhibit 1**). The State filed this civil action against SGC pursuant to Sections 107(a)(4)(C), 107(f), 113(f), and 113(g)(1) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9607(a)(4)(C), 9607(f), 9613(f), and 9613(g)(1), for the assessment of and recovery of damages for injury to, destruction of, or loss of natural resources of the State resulting from the releases of hazardous substances within the Bonita Peak Mining District

Superfund Site ("BPMD"), including the 2015 Gold King Mine release. Colorado alleges that SGC's decisions following the closure of the Sunnyside Mine, including the decision to install bulkheads in the American Tunnel, caused releases that contributed to the degradation of the Animas River watershed and caused injury to Colorado's natural resources.

The proposed Consent Decree, **Exhibit 1**, requires SGC to pay Colorado a settlement in the amount of one million six hundred thousand dollars ($1,600,000.00) to resolve the alleged liability of SGC and SGC Related Entities for natural resources damages under CERCLA. If approved by the Court, this settlement will enable the Trustees to fund projects to restore injured natural resources within in Bonita Peak Mining District Superfund Site. If the proposed Consent Decree is approved by the Court, the Trustees will consult with regional stakeholders, including local governments and not-for-profit groups, to allocate the money for environmental restoration and property acquisition projects.

The proposed Consent Decree also provides that SGC and SGC Related Entities are entitled to protection from contribution actions or claims as provided by Section 113(f)(2) of CERCLA, 42 U.S.C. § 9613(f)(2).

**No action by the Court is required at this time**. Pursuant to Section 122(d)(2) of CERCLA, this proposed Consent Decree will be subject to at least a 30-day public comment period. A Notice of Settlement and Lodging of Proposed Consent Decree Under the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), **attached as Exhibit 2**, will be published in the Denver Post, the Silverton Standard, the Durango Herald, and the Albuquerque Journal, and posted on the Colorado Natural Resources Trustees' website at: https://coag.gov/office-sections/natural-resources-environment/trustees/sgc-comments/.

SGC will also send notice of the proposed Consent Decree to potentially responsible parties who have received General Notice Letters or CERCLA 104(e) requests from the United States Environmental Protection Agency (EPA). SGC will also send notice to mailing lists for administrative orders on consent at the London Mine and the Ben Franklin Mine. Colorado will coordinate with EPA and the Citizens Advisory Group (CAG) for the Bonita Peak Mining District Superfund Site to send the notice to contact lists they maintain.

The comment period is expected to begin on December 14, 2021 and end on January 18, 2021. After the close of the comment period, SGC and Colorado will present comments received to the Court and request that the Court take appropriate action regarding the Consent Decree.

Dated December 13, 2021.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

*/s/ Mary Emily Splitek*
**MARY EMILY SPLITEK***
Assistant Attorney General
Hazardous and Solid Waste/CERCLA Unit
Natural Resources and Environment Section
Office of the Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6453
E-mail: emily.splitek@coag.gov

Attorney for State of Colorado
*Counsel of Record