IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03327-MEH

THE STATE OF COLORADO, through The Colorado Natural Resources Trustees,

    Plaintiff,

v.

SUNNYSIDE GOLD CORPORATION,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2021.**

    This matter comes before the Court *sua sponte*. Plaintiff has filed a "Notice of Lodging of Proposed Consent Decree." ECF 6. The parties have reached an agreement on a proposed consent decree, but pursuant to Section 122(d)(2) of CERCLA, the proposed consent decree is "subject to at least a 30-day public comment period." *Id.* at 2. In light of this, the Scheduling Conference set for February 22, 2022 and all associated deadlines (ECF 8) are **vacated**. However, the parties must still complete and file the Magistrate Judge Consent Form (ECF 3-1) and must do so **on or before January 11, 2022**.